HONORABLE SHARON L. GLEASON

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 3:16-cv-00240-SLG |
| Plaintiff, and | |
| | [PROPOSED] CONSENT DECREE |
| ERIC YANUSZ, AN INCOMPETENT ADULT, BY AND THROUGH HIS GUARDIANS LUANN AND RICHARD YANUSZ, | |
| Plaintiff-Intervenor, | |
| v. | |
| THE SALVATION ARMY, INC., | |
| Defendant. | |

I. <u>NON-ADMISSION OF LIABILITY AND NON-DETERMINATION BY THE COURT</u>

1. This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission by The Salvation Army of a violation of the Americans with Disabilities Act ("ADA").

## II. INTRODUCTION

2. This action originated when Eric Yanusz ("Charging Party") filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC" or "Commission"). Mr. Yanusz alleged that The Salvation Army, Inc. ("The Salvation Army" or "Defendant) discriminated against him in violation of Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 ("ADA") when The Salvation Army failed to hire him because of his disability.

3. On January 14, 2016, the EEOC issued a Letter of Determination with a finding of reasonable cause to believe that The Salvation Army violated the ADA. Thereafter, EEOC attempted to conciliate the charge and conciliation was unsuccessful.

4. The Commission filed this lawsuit on October 17, 2016, in the United States District Court for the District of Alaska alleging that The Salvation Army discriminated against Mr. Yanusz when it failed to hire him because of his disability.

5. The EEOC and The Salvation Army enter into this Consent Decree to further the objectives of equal employment opportunity as set forth in the ADA and to conclude fully and finally all claims arising out of the EEOC's Complaint and Mr. Yanusz's charge of discrimination filed with EEOC.

## III. SETTLEMENT SCOPE

6. This Consent Decree is the final resolution of all allegations of unlawful employment practices contained in Mr. Yanusz's discrimination charge, in the EEOC's administrative determination, and in the EEOC Complaint filed herein, including all claims by the parties for attorney fees and costs. After the Consent Decree is entered, the parties will file a stipulation for dismissal with prejudice and without fees or costs.

7. The Salvation Army will not condition the receipt of monetary relief on Mr. Yanusz's agreement to: (a) maintain as confidential the facts and/or allegations underlying his

charge and the complaint and the terms of this Decree; (b) waive his statutory right to file a charge with any governmental agency on any claims other than the claims that are released in this agreement; (c) refrain from reapplying for a job with The Salvation Army; or (d) agree to a non-disparagement and/or confidentiality agreement.

## IV. MONETARY RELIEF

8. The Salvation Army shall pay Mr. Yanusz fifty-five thousand dollars ($55,000) within 45 calendar days of the parties executing this Consent Decree. This payment shall include specific amounts for backpay and compensatory damages. The Salvation Army shall make payment in accordance with an agreement to be reached between Plaintiff-Intervenor and The Salvation Army within 30 days of the parties executing this Consent Decree. The Salvation Army shall mail a copy of any checks made payable to Mr. Yanusz, together with an accounting of employee deductions and employer contributions made, to the following address at the same time that payment is made to Mr. Yanusz as described above:

> May Che
> U.S. Equal Employment Opportunity Commission
> Seattle Field Office
> 909 First Avenue, Suite 400
> Seattle, WA 98104

## V. INJUNCTIVE AND OTHER RELIEF

A. General Provisions

9. The Salvation Army's officers, managers, and supervisors of The Salvation Army's Adult Rehabilitation Centers in Anchorage and the Mat-Su Valley, and all human resources personnel who provide advice or guidance to the aforementioned individuals, and its successors and assigns shall not engage in practices which unlawfully discriminate against applicants and/or employees on the basis of disability or in retaliation for engaging in protected

activity. In recognition of its obligations under the ADA, The Salvation Army shall institute the policies and practices set forth below.

10. The Salvation Army will provide prior written notice to any potential purchaser of The Salvation Army's businesses, and to any other potential successor, of the EEOC's lawsuit, the allegations raised in the EEOC's complaint, and the existence and contents of this Consent Decree. In recognition of its obligations under the ADA, The Salvation Army shall institute the policies and practices set forth below.

B. Anti-Discrimination Policies and Procedures

11. From the date that the anti-discrimination policy is finalized as set forth in this paragraph, The Salvation Army's Adult Rehabilitation Centers within the Western Territory ("The Salvation Army Western Territory ARCs") shall have an anti-discrimination policy that prohibits discrimination, explains to employees their rights and responsibilities under EEO laws, and is subject to periodic updating to reflect changes in anti-discrimination laws. The policy will state that it is promulgated at the direction of and with the endorsement by the highest level of Salvation Army management. These policies shall be provided to the EEOC for review and comment no later than thirty (30) days prior to implementation. Within fourteen (14) days of receipt, the EEOC will advise The Salvation Army of any comments. EEOC agrees to review the proposed policies and procedures in good faith.

12. The Salvation Army will provide an anti-discrimination policy for use by all of The Salvation Army Western Territory ARCs that will contain specific provisions relating to the Americans With Disabilities Act, as amended, with special emphasis on the ADA's interviewing and hiring obligations, and include (a) an express description of how its officers, agents, managers, supervisors, hiring officials, and human resource personnel must carry out hiring procedures with regard to an applicant for employment who is disabled, is "regarded as"

disabled, who has a record of disability, or who expresses a need for reasonable accommodation; (b) an express description of how an applicant with a physical or mental impairment may request assistance with an application or seek a reasonable accommodation pending the processing of an application; (c) an obligation to educate its officers, agents, managers, supervisors, hiring officials, and human resource personnel on how to respond to such requests as set forth in the Consent Decree; and (d) an express statement that The Salvation Army, including its contractors, will ensure that applicants for employment are individually assessed based upon their current capabilities at the time of their application, to perform the essential functions of the job with or without accommodation, and will not be excluded based solely on a disability, record of disability, or a perceived disability.

13. The Salvation Army Western Territory ARCs' anti-discrimination policy will include a complaint procedure for employees and applicants to ensure convenient access to points of contact for reporting and require a timely response by the company. The procedures shall: 1) identify multiple points of contact through which employees and applicants can lodge complaints, including phone numbers and addresses for those points of contact; 2) allow complaints to be submitted verbally in the primary language of the employee, without need of submission of a written statement; 3) provide a method for documenting verbal complaints by management; 4) explain that The Salvation Army will conduct a prompt and thorough investigation after a complaint is made or received and, where appropriate, will take remedial action upon conclusion of an investigation; and (5) indicate that, promptly upon the conclusion of the investigation of a complaint, The Salvation Army will communicate to the complaining party the results of the investigation and at least a general description of the remedial actions taken or proposed, if any.

14. Not later than sixty (60) days after entry of this Consent Decree, The Salvation Army Western Territory ARCs' shall distribute a written copy of its anti-Discrimination policies to all its employees, both management and non-management. These policies will also be

distributed to every employee hired or re-hired during the three year duration of this decree and with all applications for employment, and will also be posted on-line for review by any person applying for a job. All physical job applications will include reference to the policy available on-line.

15. <u>Policy Modifications</u>. If The Salvation Army modifies any of the policies listed above in the next three years, it shall submit to the EEOC for its review and consideration the proposed modifications no later than thirty (30) days before adoption. Within fourteen (14) days of receipt, the EEOC will advise The Salvation Army of any comments. EEOC agrees to review the proposed modifications in good faith.

C. <u>Equal Employment Opportunity Training</u>

16. For the next three years, from entry of this Consent Decree, The Salvation Army Western Territory ARCs shall provide annually a two-hour EEO training seminar to all its corps officers and human resources personnel in Anchorage and the Mat-Su Valley and all human resources personnel who provide advice or guidance to the aforementioned individuals. Managers and supervisors in Anchorage and the Mat-Su Valley will be given copies of the written training materials, and will be instructed to contact human resource personnel in Anchorage or at Territorial Headquarters with any ADA issues. This anti-discrimination training shall include, at a minimum, an overview of the ADA with special emphasis on hiring procedures, responding to requests for reasonable accommodation, including use of job coaches, and The Salvation Army's EEO policies relating to the ADA and hiring procedures. Training materials must be submitted to the EEOC no later than 30 days after the training session. The costs of training shall be borne by The Salvation Army.

17. Not later than ninety (90) days after the entry of the Consent Decree, The Salvation Army shall provide the EEO training noted in Paragraph 16.

18. For the training conducted annually through 2020, the Salvation Army shall notify the EEOC of the completion of the training seminars within 30 days of their being held and shall specify the names and job titles of the individuals who participated in and completed the training.

D. Non-Disclosure of Information

19. The Salvation Army shall not disclose any information or make reference to any charge of discrimination or this lawsuit in responding to requests for information about Mr. Yanusz from potential employers of Mr. Yanusz.

E. Policies Designed to Promote Accountability

20. The Salvation Army Western Territory ARCs shall specifically advise all managers and supervisors, hiring officials, and human resources personnel at all its facilities in Alaska and all human resources personnel who provide advice or guidance to the aforementioned individuals of their duty to ensure compliance with its EEO anti-discrimination policies when it provides them with a copy of the policies described above. The Salvation Army Western Territory ARCs agree that it shall impose discipline, up to and including termination of employment, upon any supervisor, manager, hiring official, or human resources personnel, who it determines discriminates against any applicant and/or employee on the basis of disability, or who it determines retaliates against any person who complains about or participates in any investigation or proceeding concerning any allegation of discrimination.

21. In conducting performance reviews, The Salvation Army Western Territory ARCs shall include EEO enforcement and compliance as standards for managers, supervisors, hiring officials, and human resources personnel when such issues and/or complaints have occurred.

F. Reporting

22. The Salvation Army shall agree to report to the EEOC in 2018 and in 2020 with a certification that The Salvation Army Western Territory ARCshave:

1. Continued to maintain its written EEO policies and procedures and distributed copies of its EEO policy as described in Paragraphs 11-15;

2. Complied with the training provisions enumerated in this Consent Decree, as provided in Paragraphs 16-18 and provide a list of all attendees, with job titles, for each training completed; and

3. Continued to promote accountability by managers, supervisors, hiring officials, and human resources personnel as required by Paragraphs 20-21; and

4. Complied with all other provisions of this Consent Decree.

b. Copies of the following documents shall be included with each biennial report submitted to the Seattle Field Office of the EEOC:

1. A copy of The Salvation Army Western Territory ARCs' EEO policy and procedures maintained in accordance with the provisions of this Consent Decree;

2. A copy of its current EEO policy and a list of any changes, modifications or revisions to its EEO policies and procedures, if any, which concern or affect the subject of discrimination or retaliation;

3. A summary of internal formal or informal disability discrimination or disability retaliation complaints, if any, filed by employees or applicants, identified by name, the actions taken by the company and the resolution of each such complaint;

4. A sign-in sheet or list of the names and job titles of The Salvation Army personnel who completed EEO training as required by this Consent Decree and the dates the training was conducted during the reporting period.

23. If applicable, The Salvation Army shall submit a statement with its report to the EEOC specifying the areas of noncompliance, the reason for the noncompliance, and the steps that shall be taken to bring The Salvation Army into compliance.

G. Posting

24. The Salvation Army Western Territory ARCs' shall post a Notice to All Employees. This Notice is attached as Exhibit 1 to this Consent Decree. The Notice shall be

conspicuously posted on bulletin board at all The Salvation Army Adult Rehabilitation Center facilities within the Western Territory for the next three years.

## VI. ENFORCEMENT

25. If the EEOC determines that The Salvation Army has not complied with the terms of this Consent Decree, the EEOC shall provide written notification of the alleged breach to The Salvation Army. The EEOC shall not petition the Court for enforcement of this Consent Decree for at least thirty (30) days after providing written notification of the alleged breach. The 30-day period following the written notice shall be used by the EEOC and The Salvation Army for good faith efforts to resolve the dispute.

## VII. RETENTION OF JURISDICTION

27. The United States District Court for the District of Alaska shall retain jurisdiction over this matter for the duration of this Consent Decree for purposes of enforcing the Consent Decree terms.

## VIII. DURATION AND TERMINATION

28. This Consent Decree shall be in effect for three (3) years from the date of entry of the Decree.

Dated this 20th day of MARCH, 2018.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

ROBERTA L. STEELE
Regional Attorney

| | |
|---|---|
| JOHN F. STANLEY | JAMES L. LEE |
| Supervisory Trial Attorney | Deputy General Counsel |
| | |
| MAY R. CHE | GWENDOLYN Y. REAMS |
| Senior Trial Attorney | Associate General Counsel |

| | | |
|---|---|---|
| 1 | 909 First Avenue, Suite 400 | Office of the General Counsel |
| | Seattle, WA 98104-1061 | 131 M Street, N.E. |
| 2 | Telephone (206) 220-6919 | Washington, D.C. 20507 |
| | Facsimile (206) 220-6911 | |
| 3 | may.che@eeoc.gov | |

BY: */s/ Roberta L. Steele*
Roberta L. Steele

Attorneys for Plaintiff EEOC

LANDYE BENNETT BLUMSTEIN LLP
701 West 8th Avenue, Suite 1200
Anchorage, AK 99501
Telephone 907.276.5152
Facsimile 907.276.8433
jenniferc@lbblawyers.com


BY: */s/ Jennifer Coughlin*
Jennifer Coughlin

Attorneys for Defendant The Salvation Army

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I electronically filed the foregoing document titled "**[Proposed] Consent Decree**" with the Clerk of the Court using the CMF/ECF system, which will send notice of such filing to the following individuals listed below:

Jennifer M. Coughlin
Landye Bennett Blumstein LLP
701 West 8th Avenue, Suite 1200
Anchorage, AK 99501
jenniferc@lbblawyers.com

Attorneys for Defendant The Salvation Army

Joanna L. Cahoon
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
jcahoon@dlcak.org

Attorneys for Plaintiff-Intervenor Eric Yanusz

DATED this 26th day of March, 2018.

                                                   */s/May Che*
                                                   EEOC Senior Trial Attorney

**Certificate of Service**
**3:16-cv-00240-SLG**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Case 3:16-cv-00240-SLG   Document 34   Filed 03/26/18   Page 11 of 11