Joanna L. Cahoon
Mark Regan
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 130
Anchorage, AK 99503
Tel: (907) 565-1002
Facsimile: (907) 565-1000
jcahoon@dlcak.org; mregan@dlcak.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff<br><br>and,<br><br>ERIC YANUSZ, AN INCOMPETENT ADULT, BY AND THROUGH HIS GUARDIANS LUANN AND RICHARD YANUSZ,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>THE SALVATION ARMY<br><br>    Defendant. | CASE NO: 3:16-CV-00240-SLG<br><br>PLAINTIFF-INTERVENOR'S CONSENT TO TERMS OF PROPOSED CONSENT DECREE |

COMES NOW Plaintiff-Intervenor, Eric Yanusz, and gives his consent to the terms contained in the proposed Consent Decree filed by the EEOC on March 26, 2018 and labeled document 34 in this case.

*EEOC v. Salvation Army*      Page 1 of 2
Case No.: 3:16-cv-00240-SLG
Plaintiff-Intervenor's Consent to Terms of Proposed Consent Decree

Dated: 3/30/18                                   Respectfully submitted,

/s/ Joanna Cahoon
Joanna L. Cahoon (AK Bar No. 1405034)
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 130
Anchorage, AK 99503
Tel: (907) 565-1002
Facsimile: (907) 565-1000
jcahoon@dlcak.org


Certificate of Service

On 3/30/18, this document was served via CM/ECF system on the following:

May Che: May.che@eeoc.gov
John Freeman Stanley: John.Stanley@eeoc.gov
Roberta L. Steel: Roberta.steele@eeoc.gov
Jennifer M. Coughlin: jenniferc@lbblawyers.com

/s/ Joanna Cahoon
Joanna Cahoon

*EEOC v. Salvation Army*                                                                 Page 2 of 2
Case No.: 3:16-cv-00240-SLG
Plaintiff-Intervenor's Consent to Terms of Proposed Consent Decree

Case 3:16-cv-00240-SLG   Document 36   Filed 03/30/18   Page 2 of 2