# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 3:16-cv-00240-SLG |
| Plaintiff, and | |
| ERIC YANUSZ, AN INCOMPETENT ADULT, BY AND THROUGH HIS GUARDIANS LUANN AND RICHARD YANUSZ, | |
| Plaintiff-Intervenor, | |
| v. | |
| THE SALVATION ARMY, INC., | |
| Defendant. | |

## ORDER APPROVING CONSENT DECREE

Upon consideration of the parties' Stipulated Consent Decree (Docket 34), and Plaintiff-Intervenor's consent thereto (Docket 36), the Court hereby APPROVES the Consent Decree.

IT IS ORDERED that proposed Consent Decree is APPROVED as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

IT IS FURTHER ORDERED that all deadlines and hearings currently set before this Court are VACATED.

DATED this 3rd day of April, 2018 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE